586

Certificate No. 5742

*In re* HAROLD HENDERSON voluntary surrender of his certificate to practice law in the State of Kansas

Opinion canceling certificate filed January 16, 1974.

*Per Curiam:* On January 15, 1974, HAROLD HENDERSON voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE Harold Henderson's name from the roll of attorneys.